## NATIONAL BANK OF COMMERCE OF MINNEAPOLIS v. STANISLAUS KIERSKI.[2]

June 17, 1910.

Nos. 16,521—(72).

**New Trial.**
Granting a new trial because of newly-discovered evidence was not an abuse of discretion. [Reporter]

[1]Reported in 126 N. W. 526.          [2]Reported in 126 N. W. 1134.

Action in the district court for Hennepin county against Stanislaus Kierski and J. Frank Boeke to recover $700 upon a promissory note made by defendant Kierski and indorsed by defendant Boeke. In his separate answer defendant Kierski denied the making of the note and alleged fraudulent representations on the part of the payee of the note and a third person in obtaining his signature to a pretended receipt. The reply set up the good faith of plaintiff. At the close of plaintiff's testimony the action was dismissed against defendant Kierski. From an order, Holt, J., setting aside and vacating the order of dismissal as to defendant Kierski, and granting plaintiff a new trial of the issue as between it and defendant Kierski, the latter appealed. Affirmed.

*M. A. Jordan* and *Thomas Kneeland*, for appellant.

*Arthur W. Selover* and *Keith, Evans, Thompson & Fairchild*, for respondents.

PER CURIAM.

Order granting a new trial on the ground of newly discovered evidence held not an abuse of discretion.

Order affirmed.